IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AARON LLOYD, On Behalf of Himself<br>And All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONFIDENTIAL BUSINESS<br>RESOURCES, INC.<br><br>    a Delaware Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2-04CV-112 |

### NOTICE OF FILING [PROPOSED] ORDER OF DISMISSAL

Pursuant to the Court's direction, Defendant files herewith, attached as Exhibit 1, a [Proposed] Order of Dismissal, agreed to and approved by all parties.

Respectfully submitted,

s/ Kara E. Shea
Kara E. Shea (TN Bar No. 18221)
Hugh C. Howser, Jr. (TN Bar No. 2415)
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee  37219
615-244-9270 (telephone)
615-256-8197 (facsimile)

George E. Bowles (TX Bar No. 02743300)
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201-6776
214-740-8000 (telephone)
214-740-8800 (facsimile)

Attorneys for Defendant

2486949_1.DOC

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing Notice of Filing Order of Dismissal was filed electronically via the Court's Electronic Filing system on this the 13th Day of October, 2005, as follows:

George E. Bowles
gbowles@lockeliddell.com
llee@lockeliddell.com

Jessica Michelle Dean
jessicad@jrlawfirm.com
acardoza@jrlawfirm.com

William Scott Hastings
shastings@lockeliddell.com

Jeffrey H. Rasansky
jrasansky@jrlawfirm.com
jessicad@jrlawfirm.com
jyoung@jrlawfirm.com
acardoza@jrlawfirm.com

Jeremi Kaleb Young
jyoung@jrlawfirm.com
acardoza@jrlawfirm.com

                                          s/ Kara E. Shea_____
                                          Kara E. Shea