# EXHIBIT 1

2483849_1.DOC

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **AARON LLOYD, On Behalf of Himself And All Others Similarly Situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 2-04CV-112 |
| **CONFIDENTIAL BUSINESS RESOURCES, INC.** | ) ) ) | |
| a Delaware Corporation, | ) ) | |
| **Defendant.** | ) | |

## [PROPOSED] ORDER OF DISMISSAL

Come now the parties to the above action, through their attorneys, and hereby represent to the Court that the above case has been compromised and settled. Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that this case be and hereby is dismissed with prejudice. It is further

**ORDERED,** that each party shall bear its own costs.

**ENTERED** this _____ day of _____, 2005.

_____
Judge T. John Ward
U.S. District Judge

AGREED TO AND APPROVED:


s/ Kara E. Shea with permission of Jeremi K. Young
Jeremi K. Young (TX Bar No. 24013793)
RASANSKY LAW FIRM
2525 McKinnon, Suite 725
Dallas, TX 75201
214-651-6100 (telephone)
214-651-6150 (facsimile)

Attorneys for Plaintiff



s/ Kara E. Shea
Kara E. Shea (TN Bar No. 18221)
Hugh C. Howser, Jr. (TN Bar No. 2415)
MILLER & MARTIN PLLC
1200 One Nashville Place
150 4th Avenue North
Nashville, TN 37219
615-244-9270 (telephone)
615-256-8197 (facsimile)



s/ Kara E. Shea with permission of George E. Bowles
George E. Bowles (TX Bar No. 02743300)
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
214-740-8000 (telephone)
214-740-8800 (facsimile)

Attorneys for Defendant